UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARIA MURILLO,<br><br>PLAINTIFF<br><br>v.<br><br>HEART OF THE HOUSE HOSPITALITY, INC.<br><br>DEFENDANT | CA NO. 3:23-cv-2575-K |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff, Daria Murillo, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Daria Murillo
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**