UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIA MURILLO,<br><br>PLAINTIFF<br><br>v.<br><br>HEART OF THE HOUSE HOSPITALITY, INC.<br><br>DEFENDANT | § § § § § § § § § § § § § § § | CA NO. 3:23-cv-2575-K |

**ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is Plaintiff's Motion to Proceed Without Local Counsel. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Proceed Without Local Counsel is hereby GRANTED.

SIGNED this the _____ day of _____, 2023.

_____
HONORABLE ED KINKEADE