**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **DARIA MURILLO,** | |
| Plaintiff, | **No. 3:23-CV-2575** |
| v. | |
| **HEART OF THE HOUSE HOSPITALITY, INC.,** | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Heart of the House Hospitality, Inc. ("Defendant") respectfully asks this Court for a thirty day extension of time to respond to Plaintiff's complaint. Defendant was served with the complaint on January 2, 2024 and asks for an extension to February 22, 2024.

Defendant has not requested any other extension.

This Motion is not meant for delay. Plaintiff does not oppose this Motion.

Dated: January 22, 2024

Respectfully submitted

By: */s/ Leanna M. Anderson*
   Leanna M. Anderson
   Texas Bar No. 24085833
   DENTONS US LLP
   2000 McKinney Avenue, Suite 1900
   Dallas, Texas 75201-1858
   T: (214) 259-0951
   leanna.anderson@dentons.com

*Counsel for Heart of the House Hospitality, Inc.*

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on January 18, 2024 counsel for the Movant Defendant

corresponded by email with Plaintiff's counsel regarding the foregoing Motion.  Plaintiff does

**not** oppose the Motion or requested extension.

/s/ Leanna M. Anderson
Leanna M. Anderson


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2024 I caused the foregoing document to be

served on counsel of record via the Court's CM/ECF system.

/s/ Leanna M. Anderson
Leanna M. Anderson

125956180