**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

DARIA MURILLO                                              §
        *Plaintiff*                                  §
                                                       §
                                                       §
        v.                                           §   Case No. 3:23-CV-02575-K
                                                       §
                                                       §
HEARTOF THE HOUSE HOSPITALITY, INC          §
        *Defendant*                                 §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Dentons Bingham Greenebaum, LLC                                          , with offices at

10 W. Market Street, 2700 Market Tower
(Street Address)

Indianapolis                                    IN                    46204
(City)                                          (State)               (Zip Code)

317-635-8900                                    317-236-9907
(Telephone No.)                                 (Fax No.)

**II.**     Applicant will sign all filings with the name Shaina Wolfe                              .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Heart of the House Hospiality, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____Indiana_____, where Applicant regularly practices law.

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

Bar license number: 36097-49          Admission date: 05/05/2020

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of Indiana | 05/05/2020 | Active |
| Nothern District of Indiana | 05/05/2020 | Active |
| State of of Florida | 05/01/2017 | Active |
| State of Illinois | 11/10/2016 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                 Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Leanna Anderson                                                                      , who has offices at

2000 McKinney Avenue, Suite 1900
(Street Address)

Dallas                                          TX                    75201-1858
(City)                                          (State)                (Zip Code)

214-259-0900                                    214-259-0910
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   24th   day of January                    , 2024     .

Shaina Wolfe
Printed Name of Applicant

 /s/Shaina Wolfe
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.