UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIA MURILLO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CV-02575-K |
| | ) | |
| HEART OF THE HOUSE | ) | |
| HOSPITALITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendant Heart of the House Hospitality, Inc. ("HOTHH") hereby moves this Court to

dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons

set forth in Defendant's Memorandum in Support of its Motion to Dismiss, Plaintiff's Complaint

fails to state claims upon which relief can be granted. Accordingly, the Court should dismiss the

Complaint.

**Dated: February 22, 2024**

Respectfully submitted,

*/s/ Andrew W. Gruber*
Andrew W. Gruber, *Admitted Pro Hac Vice*
Shaina Wolfe, *Admitted Pro Hac Vice*
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
Facsimile: (317) 236-9906
andrew.gruber@dentons.com
shaina.wolfe@dentons.com

Leanna M. Anderson

Texas Bar No. 24085833
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0951
leanna.anderson@dentons.com

***Counsel for Heart of the House Hospitality, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I caused the foregoing document to be served

on counsel of record via the Court's CM/ECF System.

/s/ Andrew W. Gruber
Andrew W. Gruber


***Counsel for Heart of the House
Hospitality, Inc.***