UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARIA MURILLO, )<br>)<br>PLAINTIFF )<br>)<br>)<br>v. )<br>HEART OF THE HOUSE )<br>HOSPITALITY, INC., )<br>)<br>DEFENDANT. ) | Cause No. 3:23-cv-2575 |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant, Heart of the House Hospitality, Inc., by counsel, states the following:

A. It is a privately held company. Thus, no publicly held corporation owns 10% or more of Defendant.

B. The following person and firm are financially interested in the outcome of the case:

   a. Plaintiff Daria Murillo

   b. Welmaker Law, PLLC
      409 N. Fredonia, Suite 118
      Longview, Texas 75601

**Dated: February 22, 2024**

Respectfully submitted,

*/s/ Andrew W. Gruber*
Andrew W. Gruber, *Admitted Pro Hac Vice*
Shaina Wolfe, *Admitted Pro Hac Vice*
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 635-8900

1

        Facsimile: (317) 236-9906
andrew.gruber@dentons.com
shaina.wolfe@dentons.com

        Leanna M. Anderson
Texas Bar No. 24085833
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0951
leanna.anderson@dentons.com

***Counsel for Heart of the House Hospitality, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I caused the foregoing document to be served on counsel of record via the Court's CM/ECF System.

        */s/ Andrew W. Gruber*
Andrew W. Gruber

        ***Counsel for Heart of the House Hospitality, Inc.***