UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIA MURILLO, | ) | |
| | ) | |
| PLAINTIFF | ) | Cause No. 3:23-cv-2575 |
| | ) | |
| v. | ) | |
| | ) | |
| HEART OF THE HOUSE | ) | |
| HOSPITALITY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE THAT the Parties have reached an agreement in principle to resolve this matter. The Parties are diligently documenting that agreement and anticipate that dismissals will be filed in the next 30-45 days. The Parties request a continuation of all pending deadlines with an order to show cause on dismissal set out for 45 days.

Dated: April 30, 2024

Respectfully submitted,

 */s/with permission*
Douglas B. Welmaker
Texas Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, TX  75601
Telephone: (512) 799-2048
doug@welmakerlaw.com

**Counsel for Daria Murillo**

Dated: April 30, 2024

Respectfully submitted,

 */s/Leanna M. Anderson*
Leanna M. Anderson

1

        Texas Bar No. 24085833
        Dentons US LLP
        100 Crescent Court, Suite 900
        Dallas, Texas 75201
        Telephone: (214) 259-0972
        leanna.anderson@dentons.com

        Andrew W. Gruber, *Admitted Pro Hac Vice*
        Shaina Wolfe, *Admitted Pro Hac Vice*
        Dentons Bingham Greenebaum LLP
        2700 Market Tower
        10 West Market Street
        Indianapolis, Indiana 46204
        Telephone: (317) 635-8900
        Facsimile: (317) 236-9906
        andrew.gruber@dentons.com
        shaina.wolfe@dentons.com

        ***Counsel for Heart of the House Hospitality, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2024 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF System.

                                                                   _/s/Leanna M. Anderson_
                                                                     Leanna M. Anderson