UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIA MURILLO, | ) | |
| | ) | |
| PLAINTIFF | ) | Cause No. 3:23-cv-2575-K |
| | ) | |
| v. | ) | |
| | ) | |
| HEART OF THE HOUSE | ) | |
| HOSPITALITY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Daria Murillo ("Plaintiff") and Defendant Heart of the House Hospitality, Inc. ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendant pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

Dated: May 13, 2024                                Respectfully submitted,

*/s/Douglas B. Welmaker*
Douglas B. Welmaker
Texas Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, TX  75601
Telephone: (512) 799-2048
doug@welmakerlaw.com


*Counsel for Daria Murillo*


Dated: May 13, 2024                                Respectfully submitted,

*/s/Leanna M. Anderson*
Leanna M. Anderson
Texas Bar No. 24085833
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0951
leanna.anderson@dentons.com


Andrew W. Gruber, *Admitted Pro Hac Vice*
Shaina Wolfe, *Admitted Pro Hac Vice*
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
Facsimile: (317) 236-9906
andrew.gruber@dentons.com
shaina.wolfe@dentons.com


*Counsel for Heart of the House Hospitality, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2024 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF System.

*/s/Douglas B. Welmaker*
Douglas B. Welmaker
